Eaddy, Antonio                                                                 7521571-ME

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

2:24 mj 207

| UNITED STATES OF AMERICA | ) |
|---|---|
| vs. | ) Case No. 1:21CR00249-10 |
| Antonio Eaddy | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay <u>Antonio Eaddy,</u> who is accused of an offense or violation based on the following document filed with the court:

[X] Supervised Release Violation Petition

This offense is briefly described as follows:

**NEW CRIMINAL CONDUCT AS OUTLINED IN ABOVE SPECIFICATIONS**

Date: __4/18/2024__                    _____
                                        *Issuing officer's signature*

City and state: New York, New York       <u>Honorable Sidney H. Stein, Senior U.S. District Judge</u>
                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* 4/22/24 , and the person was arrested on *(date)* 11/25/24 at *(city and state)* Norfolk, VA .

Date: 11/25/24                           Daniel Payne    DANIEL PAYNE (Digitally signed 2024.11.25 11:09:17 -05'00')
                                          *Arresting officer's signature*

City and state: Norfolk, VA              D. Payne, DUSM
                                          *Printed name and title*

Executed on behalf of USMS S/NY