7521571-ME



**FILED**
NOV 25 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

2:24mj207

Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause

Supervisee: Antonio Eaddy        Docket Number: 1:21CR00249-10 (SHS)

Sentencing Judge: Honorable Sidney H. Stein, U.S. District Judge

Date of Original Sentence: October 26, 2022

Original Offense: **Count 1:** Carjacking, 18 USC 2119(1), a Class C Felony, and **Count 2:** Conspiracy to Commit Firearms Offenses, 18 USC 371, a Class D Felony.

Original Sentence: Twenty-Four (24) Months' on each count to run concurrently followed by Three (3) Years' Supervised Release on each count to run concurrently.

Type of Supervision: Supervised Release        Date Supervision Commenced: June 21, 2023

PETITIONING THE COURT TO ISSUE A WARRANT

The supervisee has not complied with the following conditions of supervision:

**Nature of Noncompliance**

1. ON OR ABOUT FEBRUARY 11, 2024, IN VIRGINIA BEACH, VIRGINIA, THE SUPERVISEE COMMITTED A STATE CRIME FORGING COIN AND BANK NOTES, IN VIOLATION OF VIRGINIA CODE TITLE 18.2-170, A CLASS D FELONY, IN THAT HE ATTEMPTED TO PLACE $260.00 IN COUNTERFEIT MONEY ON A NETSPEND CARD. MANDATED CONDITION, GRADE B VIOLATION.

2. ON OR ABOUT FEBRUARY 11, 2024, IN VIRGINIA BEACH, VIRGINIA, THE SUPERVISEE COMMITTED A STATE CRIME FORGING COIN AND BANK NOTES, IN VIOLATION OF VIRGINIA CODE TITLE 18.2-170, A CLASS D FELONY, IN THAT HE ATTEMPTED TO PLACE $260.00 IN COUNTERFEIT MONEY ON A NETSPEND CARD. MANDATED CONDITION, GRADE B VIOLATION.

Eaddy, Antonio                                                                 7521571-ME

3. ON OR ABOUT FEBRUARY 11, 2024, IN VIRGINIA BEACH, VIRGINIA, THE SUPERVISEE COMMITTED A STATE CRIME FORGING COIN AND BANK NOTES, IN VIOLATION OF VIRGINIA CODE TITLE 18.2-170, A CLASS D FELONY, IN THAT HE ATTEMPTED TO PLACE $260.00 IN COUNTERFEIT MONEY ON A NETSPEND CARD. MANDATED CONDITION, GRADE B VIOLATION.

4. ON OR ABOUT FEBRUARY 11, 2024, IN VIRGINIA BEACH, VIRGINIA, THE SUPERVISEE COMMITTED A STATE CRIME FORGING COIN AND BANK NOTES, IN VIOLATION OF 18.2-170, A CLASS D FELONY, IN THAT HE ATTEMPTED TO PLACE $260.00 IN COUNTERFEIT MONEY ON A NETSPEND CARD. MANDATED CONDITION, GRADE B VIOLATION.

5. ON OR ABOUT FEBRUARY 11, 2024, IN VIRGINIA BEACH, VIRGINIA, THE SUPERVISEE COMMITTED A STATE CRIME FORGING COIN AND BANK NOTES, IN VIOLATION OF VIRGINIA CODE TITLE 18.2-170, A CLASS D FELONY, IN THAT HE ATTEMPTED TO PLACE $260.00 IN COUNTERFEIT MONEY ON A NETSPEND CARD. MANDATED CONDITION, GRADE B VIOLATION.

6. ON OR ABOUT FEBRUARY 11, 2024, IN VIRGINIA BEACH, VIRGINIA, THE SUPERVISEE COMMITTED A STATE CRIME FORGING COIN AND BANK NOTES, IN VIOLATION OF 18.2-170, A CLASS D FELONY, IN THAT HE ATTEMPTED TO PLACE $260.00 IN COUNTERFEIT MONEY ON A NETSPEND CARD. MANDATED CONDITION, GRADE B VIOLATION.

7. ON OR ABOUT FEBRUARY 11, 2024, IN VIRGINIA BEACH, VIRGINIA, THE SUPERVISEE COMMITTED A STATE CRIME FORGING COIN AND BANK NOTES, IN VIOLATION OF VIRGINIA CODE TITLE 18.2-170, A CLASS D FELONY, IN THAT HE ATTEMPTED TO PLACE $260.00 IN COUNTERFEIT MONEY ON A NETSPEND CARD. MANDATED CONDITION, GRADE B VIOLATION.

8. ON OR ABOUT FEBRUARY 11, 2024, IN VIRGINIA BEACH, VIRGINIA, THE SUPERVISEE COMMITTED A STATE CRIME OBTAIN MONEY BY FALSE PRETENSE, IN VIOLATION OF VIRGINIA CODE TITLE 18.2-178, A CLASS A MISDEMEANOR, IN THAT HE ATTEMPTED TO PLACE $260.00 IN COUNTERFEIT MONEY ON A NETSPEND CARD. MANDATED CONDITION, GRADE C VIOLATION.

9. ON OR ABOUT FEBRUARY 11, 2024, IN VIRGINIA BEACH, VIRGINIA, THE SUPERVISEE COMMITTED A STATE CRIME OBTAIN MONEY BY FALSE PRETENSE, IN VIOLATION OF VIRGINIA CODE TITLE 18.2-178, A CLASS A MISDEMEANOR, IN THAT HE ATTEMPTED TO PLACE $260.00 IN COUNTERFEIT MONEY ON A NETSPEND CARD. MANDATED CONDITION, GRADE C VIOLATION.

Eaddy, Antonio                                                                                              7521571-ME

10. ON OR ABOUT FEBRUARY 11, 2024, IN VIRGINIA BEACH, VIRGINIA, THE SUPERVISEE COMMITTED A STATE CRIME OBTAIN MONEY BY FALSE, PRETENSE IN VIOLATION OF VIRGINIA CODE TITLE 18.2-178, A CLASS A MISDEMEANOR, IN THAT HE ATTEMPTED TO PLACE $260.00 IN COUNTERFEIT MONEY ON A NETSPEND CARD. MANDATED CONDITION, GRADE C VIOLATION.

11. ON OR BEFORE FEBRUARY 11, 2024, THE SUPERVISEE LEFT THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR THE PROBATION OFFICER TO WIT, HE TRAVELED TO VIRGINIA BEACH, VIRGINIA. CONDITION 3, GRADE C VIOLATION.

12. ON OR BEFORE MARCH 1, 2024, THE SUPERVISEE LEFT THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR THE PROBATION OFFICER TO WIT, HE TRAVELED TO NEW JERSEY. CONDITION 3, GRADE C VIOLATION.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[ X ] Revoked


I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)


Respectfully submitted,

Joshua Sparks
Chief U.S. Probation Officer
*Michael Estreicher* (signature)
Michael Estreicher
U.S. Probation Officer

Approved By:
*David T. Mulcahy* (signature) 4/17/24
David T. Mulcahy
Supervisory U.S. Probation Officer

DATE: April 17, 2024

Eaddy, Antonio **SEALED** 7521571-ME
Docket No.: 1:21CR00249-10 (SHS)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

_____
Signature of Judicial Officer

4/18/2024
Date